<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2207**

———————————

L. RUTHER,

                               Plaintiff - Appellant,

    versus

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-01-670-A)

———————————

Submitted: February 14, 2002    Decided: February 21, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

L. Ruther, Appellant Pro Se. Steven E. Gordon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

L. Ruther appeals the district court's orders dismissing his civil action and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ruther v. United States, No. CA-01-670-A (E.D. Va. Sept. 14 & 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED